UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. WILKINS,<br><br>    Plaintiff,<br><br>v.<br><br>B. BAKER, et al.,<br><br>    Defendants. | Case No. 23-cv-01387-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 12 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 12. Plaintiff shall file his amended complaint by **December 4, 2023**. Failure to file a second amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff. The Clerk shall include two copies of the court's complaint form with a copy of this order to Plaintiff.

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: 11/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge